IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Atchinson, Gwendolyn F | Case Number: 07 B 13391 |
| | Judge: Hollis, Pamela S |
| Printed: 7/1/08 | Filed: 7/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 19, 2008
Confirmed: September 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,285.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,215.61 |
| Trustee Fee: | | 69.39 |
| Other Funds: | | 0.00 |
| Totals: | 1,285.00 | 1,285.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Neal Feld | Administrative | 2,250.00 | 1,215.61 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 11,226.46 | 0.00 |
| 4. | Capital One | Unsecured | 287.58 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 35.81 | 0.00 |
| 6. | Educational Credit Management Corp | Unsecured | 3,085.62 | 0.00 |
| 7. | Nationwide Collection Inc | Unsecured | 6.56 | 0.00 |
| 8. | Midnight Velvet | Unsecured | 43.08 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 95.37 | 0.00 |
| 10. | NCO Financial Systems | Unsecured | 28.72 | 0.00 |
| 11. | World Financial Network Nat'l | Unsecured | 46.06 | 0.00 |
| 12. | American Collection Corp | Unsecured | | No Claim Filed |
| 13. | Allied Interstate | Unsecured | | No Claim Filed |
| 14. | 1st Nationwide Collection | Unsecured | | No Claim Filed |
| 15. | Cache Inc | Unsecured | | No Claim Filed |
| 16. | H & F Law Offices | Unsecured | | No Claim Filed |
| 17. | Calvary Portfolio Services | Unsecured | | No Claim Filed |
| 18. | City Of Chicago | Unsecured | | No Claim Filed |
| 19. | Collection | Unsecured | | No Claim Filed |
| 20. | Columbia House | Unsecured | | No Claim Filed |
| 21. | Hawthorne Village | Unsecured | | No Claim Filed |
| 22. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 23. | Illinois Dept of Unemployment | Unsecured | | No Claim Filed |
| 24. | ACC International | Unsecured | | No Claim Filed |
| 25. | John H Stroger Jr Hospital | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Atchinson, Gwendolyn F | | Case Number: 07 B 13391 |
| | | Judge: Hollis, Pamela S |
| Printed: 7/1/08 | | Filed: 7/26/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Medical Collections | Unsecured | | No Claim Filed |
| 27. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 28. | National Asset Recovery | Unsecured | | No Claim Filed |
| 29. | Oak Park Hospital | Unsecured | | No Claim Filed |
| 30. | Nationwide Credit Service | Unsecured | | No Claim Filed |
| 31. | Sallie Mae | Unsecured | | No Claim Filed |
| 32. | Sallie Mae | Unsecured | | No Claim Filed |
| 33. | TruGreen | Unsecured | | No Claim Filed |
| 34. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 17,105.26 | $ 1,215.61 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 69.39 |
| | _____ |
| | $ 69.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

